# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 6, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143046 (39)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DAVID MARK COLE,
      Defendant-Appellee.
_____

SC: 143046
COA: 298893
Muskegon CC: 09-057782-FH

On order of the Chief Justice, the motion by plaintiff-appellant for extension to December 14, 2011 of the time for filing their brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 6, 2012

_____
Clerk